# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**HILLARD HATHAWAY**                                                                 **PETITIONER**
Reg #07523-027

VS.                          CASE NO.: 2:11CV00168 BD

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                               **RESPONDENT**

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered in favor of Respondent T.C. Outlaw. Mr. Hathaway's 28 U.S.C. § 2241 petition for writ of habeas corpus is dismissed, with prejudice.

DATED this 14th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE